1
2
3
4
5
6
7
8                  **UNITED STATES DISTRICT COURT**

9        **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

10

11  BDC LODI III, L.P., a California limited        Case No. 2:16-cv-02373-KJM-CKD
partnership,
12                                                  **ORDER CONTINUING TRIAL AND**
                 Plaintiff,                         **RELATED DATES**
13
          v.                                        Filed Concurrently with Stipulation of the
14                                                  Parties to Continue Trial and Related Dates
    GAMESTOP, INC., a Minnesota
15  corporation,                                    The Hon. Kimberly J. Mueller

16               Defendant.                         Pretrial Conference:    April 6, 2018
    _____               Trial Date:             May 21, 2018
17
    GAMESTOP, INC.,
18
                 Counterclaimant,
19
          v.
20
    BDC LODI III, L.P.,
21
                 Counterdefendant.
22

23

24        TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

25        Based on the Stipulation of the Parties to Continue Trial and Related Dates filed by

26  the parties on June 7, 2017, and good cause appearing, the trial date of May 21, 2018 shall

27  be continued to September 17, 2018, and the following schedule shall govern the

28  remainder of this litigation:

| | |
|---|---|
| Non-Expert Discovery Cutoff | October 6, 2017 |
| Designation of Experts | October 27, 2017 |
| Rebuttal Expert Designation | December 22, 2017 |
| Expert Discovery Cutoff | January 26, 2018 |
| Dispositive Motions Heard By | March 9, 2018 |
| Pretrial Conference Statement Due | July 20, 2018 |
| Final Pretrial Conference | August 10, 2018 at 10:00 a.m. |
| Trial Briefs Due | September 4, 2018 |
| Trial | September 17, 2018 at 9:00 a.m. |

IT IS SO ORDERED.

Dated: June 15, 2017.

_____
UNITED STATES DISTRICT JUDGE