# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BDC LODI III L.P., a California limited partnership,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GAMESTOP, INC., a Minnesota corporation,<br><br>　　　　　Defendant.<br>_____<br>GAMESTOP, INC.,<br><br>　　　　　Counterclaimant,<br><br>　　v.<br><br>BDC LODI III L.P.,<br><br>　　　　　Counterdefendant. | Case No. 2:16-cv-02373-KJM-CKD<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER CONTINUING HEARING DATE**<br><br>**Filed Concurrently with Stipulation of the Parties to Continue Hearing Date on Discovery Matters**<br><br>Magistrate Judge: Hon. Carolyn K. Delaney<br><br><br>The Hon. Kimberly J. Mueller<br>Pretrial Conf.: April 6, 2018<br>Trial: May 21, 2018 |

///

1

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Based on the "Stipulation of Parties to Continue Hearing Date on Discovery Matters" filed by the parties on June 14, 2017, and good caused appearing, the June 21, 2017 hearing date for Plaintiff and Counterdefendant BDC LODI III L.P.'s Motion for Order on Joint Statement Re: Discovery Disagreement shall be and hereby is continued to July 5, 2017.

**IT IS SO ORDERED.**

Dated: June 16, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE