UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BDC LODI III, L.P., a California limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>GAMESTOP, INC., a Minnesota corporation,<br><br>Defendant. | No. 2:16-cv-02373-KJM-CKD<br><br>SECOND AMENDMENT<br>TO THE   SCHEDULING ORDER |
| GAMESTOP, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>BDC LODI III, L.P.,<br><br>Counterdefendant. | |

The parties jointly request (ECF No. 33) to amend dates in the pretrial scheduling order (ECF No. 12). Good cause appearing, the court GRANTS this request, as follows, but vacates the final two dates to be reset as needed after ruling on potential dispositive motions:

1

| Description | Existing Date | New Date |
|---|---|---|
| Joint Final Pretrial Statement | July 20, 2018 | November 16, 2018 |
| Final Pretrial Conference | May 17, 2019, 10:00 AM | December 7, 2018, 10:00 AM |
| Trial Briefs Due | August 10, 2018 | Vacated |
| Trial | September 17, 2018 | Vacated |

This amendment does not alter any other portions of the initial scheduling order (ECF No. 12).

IT IS SO ORDERED.

DATED: July 31, 2018

_____
UNITED STATES DISTRICT JUDGE